DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANNY'S FUEL CORP.,**
Appellant,

v.

**BRINKS U.S.,** a division of **BRINKS INCORPORATED,**
Appellee.

No. 4D2025-0377

[October 1, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case No. COCE23-078965.

Roy D. Wasson of Wasson & Associates, Chartered, Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***